UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| CVS PHARMACY, INC., <br><br> Plaintiff, <br><br> vs. <br><br> SAMANTHA MARSACK and HOME CARE SERVICES, INC. d/b/a KABAFUSION, <br><br> Defendants. | Civil Action No.: 3:21-cv-12498 <br><br> Hon. Robert H. Cleland |

| Plaintiff's Counsel | Defendants' Counsel |
|---|---|
| s/ Richard W. Warren <br> Richard W. Warren (P63123) <br> Miller, Canfield, Paddock & Stone, PLC <br> 150 W. Jefferson, Suite 2500 <br> Detroit, MI 48226 <br> (313) 963-6420 <br> warren@millercanfield.com <br><br> Michael L. Rosen <br> BBO No. 559954 <br> Allison A. Anderson <br> BBO No. 687662 <br> Mary K. Sexton <br> BBO No. 703926 <br> FOLEY HOAG LLP <br> 155 Seaport Boulevard <br> Boston, MA  02210 <br> (617) 832-1000 <br> mrosen@foleyhoag.com <br> alanderson@foleyhoag.com <br> msexton@foleyhoag.com | s/ Matthew Bills <br> Matthew Bills <br> Andrew E. Nieland <br> Barack Ferrazzano Kirschbaum & Nagelberg LLP <br> 200 West Madison St. Suite 3900 <br> Chicago, IL 60606 <br> (312) 629-7340 <br> matthew.bills@bfkn.com <br> andrew.nieland@bfkn.com |

FH10385595.1

## **STIPULATED ORDER OF DISMISSAL WITH PREJUDICE**

Plaintiff CVS Pharmacy, Inc. and Defendants Samantha Marsack and Home Services, Inc. d/b/a KabaFusion hereby agree and stipulate that this action, including all claims, be dismissed with prejudice and without Court-ordered costs or attorney's fees, with all parties waiving any right to appeal.

IT IS SO ORDERED.

s/Robert H. Cleland
Hon. Robert H. Cleland

Dated: November 22, 2021

Stipulated:

| Plaintiff's Counsel | Defendants' Counsel |
|---|---|
| s/ Richard W. Warren<br>Richard W. Warren (P63123)<br>Miller, Canfield, Paddock & Stone, PLC<br>150 W. Jefferson, Suite 2500<br>Detroit, MI 48226<br>(313) 963-6420<br>warren@millercanfield.com<br><br>Michael L. Rosen<br>BBO No. 559954<br>Allison A. Anderson<br>BBO No. 687662<br>Mary K. Sexton<br>BBO No. 703926 | s/ Matthew Bills<br>Matthew Bills<br>Andrew E. Nieland<br>Barack Ferrazzano Kirschbaum & Nagelberg LLP<br>200 West Madison St. Suite 3900<br>Chicago, IL 60606<br>(312) 629-7340<br>matthew.bills@bfkn.com<br>andrew.nieland@bfkn.com |

FH10385595.1

FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA  02210
(617) 832-1000
mrosen@foleyhoag.com
alanderson@foleyhoag.com
msexton@foleyhoag.com

FH10385595.1